**Motion Granted; Order filed September 25, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-01157-CV

————————

**CITY OF HOUSTON AND DANIEL W. KRUGER, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF PUBLIC WORKS AND ENGINEERING DEPARTMENT, Appellants**

**V.**

**LITTLE NELL APARTMENTS, HFT REGENCY PARK APARTMENTS, LP, AND WINDSHIRE APARTMENTS, LP, Appellees**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2012-09885**

## ORDER

This is an accelerated appeal from the denial of appellants' plea to the jurisdiction. On September 23, 2013, appellees filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until

disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellee requests that we enter a temporary order preventing appellants from disconnecting the water and sewer utility services to Regency Park and Windshire Apartments on September 27, 2013, and to Little Nell Apartments on October 3, 2013.

It appears from the facts stated in the motion that appellees' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We therefore ORDER that appellants refrain from discontinuance of any utility services provided by the City of Houston, including water and sewer services, until final decision by this court in this interlocutory appeal or until further orders of this court.

PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.